# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED SEP - 6 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Barac Barajas-Bandt [1], <br><br> Defendant. | CASE NO. 10cr0082-BTM <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:115(a)(1)(B) - Threatening to Murder a Federal Judge;
18:876(c) - Mailing Threatening Communications to a Federal Judge

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 1, 2011

_____
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE